UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY,

    Plaintiff,

v.                                       CASE NO.: 5:19-cv-00073-JSM-PRL

LORETTA WALPOLE, DAVID A.
JASIN AND LISA THROCKMORTON

    Defendants.
_____/

## STIPULATED MOTION FOR DISTRIBUTION
## OF FUNDS HELD IN COURT REGISTRY

Defendants, Loretta Walpole, David A. Jasin and Lisa Throckmorton, by and through their respective attorneys, jointly file this *Stipulated Motion for Distribution of Funds Held in Court Registry* (hereinafter "Stipulated Motion"). In support of this Stipulated Motion, Defendants respectfully state the following:

1.     This Stipulated Motion is being submitted pursuant the Settlement Agreement dated January 28, 2020, entered into by the Defendants.

2.     Defendants stipulate to entry of an order authorizing and directing the Clerk of this Court to disburse the funds deposited with it pursuant to this Court's Order dated May 8, 2019 (Doc. 20) in the following manner:

    a. One-third of the funds to Defendant, Loretta Walpole by check payable to Ferro & Gourley, P.A., 108 N. Magnolia Avenue, 7th floor, Ocala, Florida 34475; and

    b. The balance of the funds to Defendants, David A. Jasin and Lisa

Throckmorton, by check payable to Gilligan, Gooding, Franjola & Batsel, P.A., 1531 SE 36th Ave, Ocala, Florida 34471.

WHEREFORE, Defendants jointly request that this Court order the following relief:

A. Grant the Stipulated Motion for Disbursement between and among the parties as described herein;

B. Enter an Order directing the Clerk to disburse the Proceeds as requested in this Stipulated Motion for Disbursement; and

C. Grant such other relief as this Court deems just and proper.

| GILLIGAN, GOODING, FRANJOLA & BATSEL, P.A. | FERRO & GOURLEY, P.A. |
|---|---|
| */s/ George Franjola* | */s/ Henry Ferro* |
| _____ | _____ |
| George Franjola, Esquire | Henry Ferro, Esq. |
| Florida Bar No. 333271 | Florida Bar No. 367648 |
| 1531 S.E. 36th Avenue | 108 No. Magnolia Ave., 7th floor |
| Ocala, Florida 34471 | Ocala, Florida 34477 |
| (352) 867-7707  Phone | (352) 369-8888  Phone |
| (352) 867-0237 Facsimile | (352) 351-4042 Facsimile |
| gfranjola@ocalalaw.com | HFerro58@gmail.com |
| Attorney for David A. Jasin and Lisa Throckmorton | Attorney for Lisa Walpole |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following: Henry G. Ferro, Esq., hferro58@gmail.com, pleadings@fglaw.cfcoxmail.com, this 12th day of February, 2020.

*/s/ George Franjola*

George Franjola, Esq.